```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
          :
SREERAM MALLIKARJUN,          :
          :
          :
         Plaintiff,  :
          :    1:25-cv-4045-GHW
   -against-  :
          :    ORDER
THE TRAVELERS INDEMNITY  :
COMPANY,          :
          :
         Defendant.  :
         :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     This action was removed from the Supreme Court of the State of New York, County of New York, on May 14, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 28, 2025. Pursuant to Fed. R. Civ. P. 81(c)(2), Plaintiff is ordered to serve and file a complaint that comports with the requirements in Fed. R. Civ. P. 8(a) no later than May 28, 2025.

     Counsel for Plaintiff, if any, is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

     SO ORDERED.

Dated: May 15, 2025
       New York, New York

                                            /s/ Gregory H. Woods
                                            GREGORY H. WOODS
                                            United States District Judge