USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    :
SREERAM MALLIKARJUN,    :
    :
    :
                               Plaintiff,    :          1:25-cv-4045-GHW
    :
         -against-    :          ORDER
    :
THE TRAVELERS INDEMNITY    :
COMPANY,    :
    :
                            Defendant.    :
    :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    On May 14, 2025, Defendant filed a notice of removal that stated that Defendant was incorrectly named in the caption of this case as "The Travelers Indemnity Company," and that the correct name for Defendant is "The Travelers Home and Marine Insurance." Dkt. No. 1. On May 28, 2025, Plaintiff filed a complaint that stated that he "acknowledges the Defendant's request to correcting the name of the Defendant to Travelers Home and Marine Insurance Company." Dkt. No. 12 ¶ 29.

    Accordingly, the Clerk of Court is directed to replace Defendant's current name in the caption of this case with "The Travelers Home and Marine Insurance."

    SO ORDERED.

Dated: May 29, 2025
       New York, New York

                                                       _____
                                                           GREGORY H. WOODS
                                                      United States District Judge