```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
         :
SREERAM MALLIKARJUN,         :
         :
         Plaintiff,    :    1:25-cv-4045-GHW
         :
    -against-    :    ORDER
         :
THE TRAVELERS INDEMNITY    :
COMPANY,    :
         :
         Defendant.    :
         :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 2, 2025, the Court received Plaintiff's request for an extension of time to file an amended complaint via email. The email has been docketed separately. The Court reminds Plaintiff that it does not accept correspondence from *pro se* litigants by email. To communicate with the Court, Plaintiff must either: (1) write a letter and send it to, or hand deliver it at, the following address: Pro Se Intake Unit, 500 Pearl Street, Room 200 New York, New York 10007; (2) email that document to ProSe@nysd.uscourts.gov; or (3) e-file that document, as the Court previously granted Plaintiff permission for electronic case filings. Dkt. No. 18. Plaintiff is advised to please refrain from sending further correspondence to the Court's email account unless expressly ordered by the Court to do so.

Plaintiff's email request for an extension of time to file any amended complaint is granted. Any amended complaint shall be due no later than two weeks from the date of this order. Plaintiff is further advised that all other deadlines remain in effect, and he must comply with all Court-ordered deadlines as set forth in the Court's July 30, 2025 scheduling order. Dkt. No. 21.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    SO ORDERED.

Dated: September 2, 2025

                                              GREGORY H. WOODS
                                            United States District Judge