

**LAZARE POTTER GLAZER & MOYLE LLP**

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/2/2026

**MEMORANDUM ENDORSED**

Direct: (212) 784-3291
yglazer@lpgmlaw.com

March 2, 2026

(*via ECF*)

Honorable Gregory H. Woods
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:

    *Mallikarjun v. The Travelers Home and Marine Insurance Company*
    25 CV 4045 (GHW) (RWL)
    LPGM File No.: 340-1540

Dear Judge Woods:

This firm represents defendant The Travelers Home and Marine Insurance Company ("Travelers"). Travelers, with the consent of Plaintiff *pro se*, respectfully seeks an adjournment of the telephonic status conference presently scheduled for March 10, 2026 at 4 pm. This is the first request for an adjournment of this conference. No other dates will be impacted, as the Court stayed additional deadlines in its February 27, 2026 Order (Dkt. 36) pending this conference. This request is made as I will be out of the state and have a conflict with the timing of the scheduled conference in the time zone in which I will be located.

The parties have conferred and are both available the following dates and times, should any work for the Court:

3/5/26;
3/6/26 after 12 pm);
3/12/26;
3/13/26 (after 3 pm);
3/16/26 (after 3 pm);
3/17/26; or
3/18/26 (after 12 pm)

Thank you for your consideration of this request.

Very truly yours,

*s/Yale Glazer*

Yale Glazer

cc:    Sreeram Mallikarjun
       Plaintiff *pro se*
       (*via* email)

Application granted.  Defendant's March 2, 2026 request to adjourn the initial pretrial conference, Dkt. No. 37, is granted.  The conference scheduled for March 10, 2026 will take place on March 5, 2026 at 3:00 p.m.  The conference is not telephonic.  It will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  The parties are ordered to appear at that date and time.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.
Dated:  March 2, 2026
New York, New York    _____
                          GREGORY H. WOODS
                       United States District Judge

2