USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    SREERAM MALLIKARJUN,                                     :
                                                             :
                                    Plaintiff,               :
                                                             :
                -against-                                    :              1:25-cv-4045-GHW
                                                             :
    THE TRAVELERS HOME AND MARINE                            :              ORDER
    INSURANCE,                                               :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on May 12, 2026, Defendant's motion to dismiss is due by June 2, 2026; Plaintiff's opposition is due three weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due one week after the date of service of Plaintiff's opposition.  Plaintiff is warned that if his opposition is not timely, the Court will treat Defendant's motion to dismiss as though it is unopposed.

And, for the reasons also stated on the record during the conference, the stay of discovery in this matter is continued through resolution of Defendant's anticipated motion to dismiss.

SO ORDERED.

Dated:  May 12, 2026
        New York, New York

_____
        GREGORY H. WOODS
        United States District Judge