USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

SREERAM MALLIKARJUN,

Plaintiff,

-against-

THE TRAVELERS HOME AND MARINE INSURANCE,

Defendant.

---------------------------------------------------------------- X

1:25-cv-4045-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

During the initial pretrial conference held on July 6, 2026, Defendant raised for the Court that because Plaintiff is currently in eviction proceedings with respect to the premises at issue in this litigation, Defendant intended to conduct an inspection of Plaintiff's apartment shortly. Accordingly, the parties are directed to submit a joint letter to the Court no later than August 3, 2026 identifying whether the anticipated inspection was conducted and, if not, what arrangements have been made to permit Defendant's experts to conduct the inspection.

SO ORDERED.

Dated: July 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge