USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SREERAM MALLIKARJUN,

Plaintiff,

-against-

THE TRAVELERS HOME AND MARINE INSURANCE,

Defendant.

------------------------------------------------------------ X

1:25-cv-4045-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on July 16, 2026, Defendant's motion to dismiss is due by July 30, 2026; Plaintiff's opposition is due three weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due one week after the date of service of Plaintiff's opposition. Plaintiff is warned that if his opposition is not timely, the Court will treat Defendant's motion to dismiss as though it is unopposed.

And, for the reasons also stated on the record during the conference, Defendant's answer as to the remainder of the complaint is due no later than July 22, 2026. And because the parties stated that an inspection of the premises at issue is scheduled, the parties are relived of their obligation to submit a joint status letter in accordance with the Court's July 8, 2026 order. Dkt. No. 67.

SO ORDERED.

Dated: July 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge