USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SREERAM MALLIKARJUN,

Plaintiff,

-against-

THE TRAVELERS HOME AND MARINE INSURANCE,

Defendant.

------------------------------------------------------------ X

1:25-cv-4045-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 22, 2026, Plaintiff filed a notice of interlocutory appeal, Dkt. No. 72, with respect to the Court's June 23, 2026 memorandum opinion and order, Dkt. No. 60. Because judgment has not been entered in this case and because the Court has not authorized the appeal, Plaintiff's notice of interlocutory appeal does not deprive the Court of jurisdiction over the case. The parties are advised that they are required to comply with all case-related deadlines and obligations notwithstanding Plaintiff's notice of appeal unless otherwise ordered.

SO ORDERED.

Dated: July 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge