USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

SREERAM MALLIKARJUN,

Plaintiff,

-v-

THE TRAVELERS HOME AND MARINE INSURANCE,

Defendant.

------------------------------------------------------------------ X

1:25-cv-4045-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 6, 2026, Plaintiff filed a proposed stipulated confidentiality agreement and protective order. Dkt. No. 76. The Court will not act on the proposed protective order because it does not comply with Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases. The proposed protective order is not signed by Defendant, and the Court cannot determine whether it was presented to Defendant for consideration. Should the parties wish to submit a stipulated confidentiality agreement and protective order, such an order must be signed by both parties and must otherwise comply with Rule 4(D).

SO ORDERED.

Dated: October 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge